JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BMW of North America, LLC; Bayerische Motoren Werke AG, a German Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Dumitru Ciudin, et al.,<br><br>Defendants. | Case No. EDCV 17-2471 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG's Motion for Default Judgment against Defendant Dumitru Ciudin is GRANTED.

Plaintiffs are **AWARDED** $175,000 in statutory damages and $7,100 in attorneys' fees.

Defendant and his agents, employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with Defendant are **ENJOINED** from manufacturing,

advertising, distributing, offering for sale, selling, whether directly or indirectly, counterfeit BMW®, ///M®, and various logo-branded products or merchandise, including any merchandise of any kind bearing BMW's marks or names that are confusingly similar to the trademarks, trade names, designs or logos of BMW.

Defendant and his agents, employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with Defendant are **ENJOINED** from using BMW's marks or any copy, reproduction, or colorable imitation, or confusingly similar simulation of BMW's marks on or in connection with the promotion, advertising, distribution, manufacture or sale of Defendant's goods.

IT IS FURTHER ORDERED that Plaintiffs mail or personally serve a copy of this judgment and the Order concurrently filed therewith to Defendant. Plaintiffs shall file Proof of Service with the Court within ten days of the date of the Order.

Dated: December 10, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge

2